UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **Tara Kamp**, | ) |
|         Plaintiff, | ) Case No. 1:09-cv-943 |
|   v. | ) Hon. Gordon J. Quist |
| **Credit Bureau Collection Services, Inc.**, also doing business as **CBCS**, an Ohio corporation, | ) |
|         Defendant. | ) |

**Stipulation of Dismissal**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, plaintiff Tara Kamp, through her attorney of record, and defendant Credit Bureau Collection Services, Inc., through its attorneys of record, being all of the parties who have appeared in this action, stipulate to its immediate dismissal with prejudice and without costs.

Dated: June 21, 2010

./s/ Phillip C. Rogers
Phillip C. Rogers (P34356)
Attorney for Plaintiff
40 Pearl Street, N.W., Suite 336
Grand Rapids, Michigan 49503-3026
(616) 776-1176
ConsumerLawyer@aol.com

Dated: June 21, 2010

/s/ David W. Centner
David W. Centner (P43071)
Clark Hill PLC
Attorneys for Defendant
200 Ottawa Avenue, N.W., Suite 500
Grand Rapids, Michigan 49503
(616) 608-1100
dcentner@clarkhill.com